

# Missouri Court of Appeals
## Southern District

**NOVEMBER 20, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No. SD33639

    Re: KELLY R. SIMINO,
        Movant-Appellant,
        v.
        STATE OF MISSOURI,
        Respondent-Respondent.